# Rogers Sauceman, PLLC

**MATTHEW ROGERS**
**LEAH SAUCEMAN**
**ANDREW BATEMAN**
March 9, 2023

1426 Hwy 30 E. • P.O. Box 507
Athens, Tennessee 37371-0507
Office (423) 745-5674
Fax (423) 745-5679

**AUSTIN HAYES**
**RANDY ROGERS**
*of Counsel*

Director of Industry Operations
Bureau of Alcohol, Tobacco, Firearms and Explosives
302 Innovation Drive
Suite 300
Franklin, TN 37067

RE: License No.: 1-62-011-02-3B-05028

To Whom it May Concern:

    Please find enclosed, a formal request for an extension of the stay of action regarding the above-referenced license number. Said stay was previously granted on or around the 23rd day of January, 2023. I look forward to working with you on this and other matters. Should you have any questions, please do not hesitate to contact me.

Sincerely,
ROGERS SAUCEMAN, PLLC

MATTHEW C. ROGERS
Attorney for Terry Posey

MCR/krm

Enclosure

CC D. Mitchell Bryant

# Rogers Sauceman, PLLC

**MATTHEW ROGERS**
**LEAH SAUCEMAN**
**ANDREW BATEMAN**

1426 Hwy 30 E. • P.O. Box 507
Athens, Tennessee 37371-0507
Office (423) 745-5674
Fax (423) 745-5679

**AUSTIN HAYES**
**RANDY ROGERS**
*of Counsel*

March 9, 2023

Director of Industry Operations
Bureau of Alcohol, Tobacco, Firearms and Explosives
302 Innovation Drive
Suite 300
Franklin, TN 37067

## REQUEST FOR EXTENSION OF STAY OF ACTION

IN RE: License No.: 1-62-011-02-3B-05028

PLEASE TAKE NOTICE that **TERRY STEVEN POSEY DBA POSEY GUN AND PAWN**, by and through counsel **D. MITCHELL BRYANT and MATTHEW C. ROGERS**, hereby requests an extension of the stay of action regarding the above-referenced license number due to the filing of case no.: 1:23-CV-00051 attached hereto as Exhibit 1.

Respectfully submitted,

**ROGERS SAUCEMAN, PLLC**

MATTHEW C. ROGERS, BPR# 027500
1426 Hwy 30 East
P.O. Box 507
Athens, TN 37371-0507
(423) 745-5674 Phone
(423) 745-5679 Fax

/s/TERRY POSEY
By Attorney



# Gmail

Sharon Graham <sharon@dmitchellbryant.com>

## Activity in Case 1:23-cv-00051 Posey Complaint
1 message

tned_cm-ecf@tned.uscourts.gov <tned_cm-ecf@tned.uscourts.gov>  Thu, Mar 9, 2023 at 3:16 PM
To: tned_Courtmail@tned.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Live Database

U.S. District Court - Eastern District of Tennessee

## Notice of Electronic Filing

The following transaction was entered by Bryant, D on 3/9/2023 at 3:16 PM EST and filed on 3/9/2023
**Case Name:** Posey
**Case Number:** 1:23-cv-00051
**Filer:** Terry Posey
**Document Number:** 1

**Docket Text:**
**COMPLAINT against All Defendants ( Filing fee $ 402 receipt number ATNEDC-5318820.), filed by Terry Posey. (Attachments: # (1) Exhibit Civil Cover Sheet, # (2) Exhibit Summons, # (3) Exhibit Summons, # (4) Exhibit Summons, # (5) Exhibit Summons)(Bryant, D)**

**1:23-cv-00051 Notice has been electronically mailed to:**

D Mitchell Bryant &nbsp &nbsp info@dmitchellbryant.com, sharon@dmitchellbryant.com

**1:23-cv-00051 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=3/9/2023] [FileNumber=5027400-0]
[3ae3cfeade41c7677a134c5f94a5fc0f91e572027ee812e979f177766aeaed94d262
c0fc1c35ebc56f64d5b306e7dec5dd541e89d0be5c7000e50d45383252b4]]
**Document description:** Exhibit Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=3/9/2023] [FileNumber=5027400-1]
[0dfb45c9acd77058c3d69c13cabaa0b8c569c0a6998c541c9c58c5049326666ea5ef
71409d087d4c6e8bde95b454d5db0a885fcf35a8e6db4e100e5ad3687c85]]
**Document description:** Exhibit Summons
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=3/9/2023] [FileNumber=5027400-2]
[569f452e...

EXHIBIT 1

21e8ce6170c2a4b95874327bea56522d620120363583927704808082d0146]]
**Document description:**Exhibit Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=3/9/2023] [FileNumber=5027400-3]
[69682b3bd48eab10d19c17b04b4f675b0598c7119837c72972e3bc54b8d87d64dc74
e76f0e68cc09e02886cafa47c3ec6aecc8fd57dad82e1b9e13357c65e472]]
**Document description:**Exhibit Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=3/9/2023] [FileNumber=5027400-4]
[7fd66749dbf4ad493198b5f4db47ace9c499de63fed864efb070fcb3afa9edeac018
02d8014bb989a353d18ba6caaf2e1627f4d783a7a348eba265c8c3ffc4db]]
**Document description:**Exhibit Summons
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1062680380 [Date=3/9/2023] [FileNumber=5027400-5]
[93d16442dcc585eb8110be6510ce6695b42374f9d36efd8f63746cc410ec4257e496
4d7cfd56217cb62f9e041ff56df957460c602f0ef23d8e15e6321f2affe8]]