

**U.S. Department of Justice**

**Bureau of Alcohol, Tobacco, Firearms and Explosives**
302 Innovation Drive, Suite 300
Franklin, Tennessee 37067

March 23, 2023
www.atf.gov

Matthew C. Rogers
Law Office of Rogers Sauceman, PLLC
1426 Hwy 30 East
Athens, TN 37371-0507

Re: Terry Steven Posey, 1-62-011-01-3B-05028

Dear Mr. Rogers,

The Federal firearms license of Terry Steven Posey was revoked on January 6, 2023, with an effective date of January 21, 2023. Per your request, I stayed the effective date of the revocation to March 20, 2023.

In a letter dated March 9, 2023, you requested an additional stay of the effective date. The letter was received by ATF on March 14, 2023. As the court now has jurisdiction over this matter, ATF will no longer grant stays of the effective date. Therefore, the request that you submitted on March 14, 2023, is denied.

Steven A. Kolb
Director, Industry Operations
Nashville Field Division