UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERRY POSEY d/b/a POSEY GUN AND PAWN, ) ) ) Plaintiff, ) ) v. ) ) MERRICK GARLAND, Attorney General of the ) UNITED STATES DEPARTMENT OF ) JUSTICE, and THE BUREAU OF ALCOHOL, ) TOBACCO, FIREARMS AND EXPLOSIVES, ) ) Defendants. ) | No. 1:23-CV-00051-JRG-CHS |

# ORDER

This matter is before the Court on Plaintiff Terry Posey's Motion for Preliminary Injunction [Doc. 9]. "[D]istrict courts should conduct hearings before ruling on motions for a preliminary injunction 'where facts are bitterly contested,' but [are] not required [to hold] a hearing when no material facts are in dispute." *Farnsworth v. Nationstar Mortg., LLC*, 569 F. App'x 421, 427 (6th Cir. 2014) (quoting *Certified Restoration Dry Cleaning Network, LLC v. Tenke Corp.*, 511 F.3d 535, 553 (6th Cir. 2007)). In this case, Mr. Posey's allegations largely concern the Bureau of Alcohol, Tobacco, Firearms, and Explosives' findings from the underlying administrative proceedings.

The parties are therefore **ORDERED** to submit, within ten days of this Order's date, a joint filing in which they address whether Mr. Posey's motion for preliminary injunction requires the resolution of factual issues that are in dispute between the parties. If so, the parties **SHALL** identify those factual issues for the Court, but if not, the parties **SHALL** state whether they agree that the Court can resolve Mr. Posey's motion without a hearing and based on the administrative record alone.

So ordered.

ENTER:

                                                s/J. RONNIE GREER
                                      UNITED STATES DISTRICT JUDGE