UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| TERRY POSEY d/b/a POSEY GUN AND PAWN, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:23-CV-00051-JRG-CHS ) |
| MERRICK GARLAND, Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; and THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the parties' Joint Rule 26(f) Report [Doc. 26], in which the parties agree that they do not anticipate a trial or any need to conduct discovery or exchange pretrial disclosures. The parties "anticipate that a de novo review hearing would be conducted" but "defer to the Court on the proper procedure." [*Id.* at 2].

Within sixty days of this Order's date, the parties **SHALL** file their motions for summary judgment under Federal Rule of Civil Procedure 56 and **SHALL** follow the briefing schedule in Local Rule 7.1. Once the Court receives the parties' motions, it will decide whether a hearing is necessary or whether it will resolve this case based solely on the administrative record.

So ordered.

ENTER:

　　　　　　　　　　　　　　　　　　　　　　s/J. RONNIE GREER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE